# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-1048
Lower Tribunal No. 07-CF-000206

_____

SYLVESTER GIBBS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Lee County.
Nicholas Thompson, Judge.

July 21, 2026

PER CURIAM.

   AFFIRMED.

STARGEL, NARDELLA and PRATT, JJ., concur.


Sylvester Gibbs, Graceville, pro se.

James Uthmeier, Attorney General, Tallahassee, and David Campbell, Assistant
Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED